20148—John L. McCutcheon et v. Charles Harig et; motion for Hamilton Appeals to certify. H. E. Englehardt, Cincinnati, for pltfs; Pogue, Hoffheimer & Pogue, Cincinnati, for defts.

### NOV. 2, 1926

20149—Howard Rathbun v. State of Ohio; motion for Licking Appeals to certify. F. A. Bolton, Newark, for pltf; C. C. Crabbe, D. V. Parker, Columbus, for deft.

20150—Marry Sissea v. State of Ohio; motion for Licking Appeals to certify. F. A. Bolton, Newark, for pltf; J. D. McNamar, Newark, for deft.

20151—Steve Tecca v. State of Ohio; motion for Licking Appeals to certify. F. A. Bolton, Newark, for pltf; J. D. McNamar, Newark, for deft.

---

# THIS WEEK'S DIGEST
## Cases Published in the Abstract

---

### 27. ACTIONS.

Either the executor or the creditor of a deceased person can bring an action to set aside a conveyance on the ground of fraud. Hause v. Coblentz et. OA. 4 Abs. 730.

### 42. ADVANCEMENTS.

When a note is given by a daughter to her father to secure money given to purchase lots, the evidence must show a clear intention that the promisee meant the money to be given as an advancement to restrain him from claiming as a creditor. Hause v. Coblentz et. OA. 4 Abs. 730.

See 147. Bills & Notes.

### 147. BILLS & NOTES.

Can auto finance company recover upon notes purchased before maturity, when seller of automobile does not deliver specified model, but another which buyer accepts for temporary use only? Motor Fin. Co. v. Huntsberger. OS. Pend. 4 Abs. 738.

### 167. BONDS (Surety).

Is surety co-liable upon a bond issued to one listed as "stock clerk" when said person rents his own warehouse to employee with instructions to sell all he can? Fid. & Dep. Co. v. Swinehart Rubber Co. OS. Pend. 4 Abs. 738.

### 190. BULK SALES ACT.

Where vendee does not strictly conform to Bulk Sales Act, and creditor of vendor has notice of sale, given verbally by vendee, said creditor remaining silent until after transaction had been completed and purchase money paid, he cannot establish his claim against the vendee, for his unequitable action in failing to assert against the vendor does not justify the equitable relief sought. Reed v. Walker. OA. 4 Abs. 734.

See 460. Equity.

### 225. CHARGE OF COURT.

Where special charge is necessary such charge must be requested. Dillworth v. Cleveland Ry. Co. OA. 4 Abs. 730.

### 291. CONSTITUTIONAL LAW.

Are ordinances and resolutions of the city of Cincinnati in relation to referendum, unconstitutional under 4227-2-3 GC? Schick v. Cincinnati (City). OS. Pend. 4 Abs. 739.

### 297. CONTRACTS.

Can a contract fail from lack of consideration, upon the ground that an electric line company which entered into a contract with a steam line company to erect crossovers and pay for one-half of their maintenance, had previously been granted such right from city? N. O. P. & L. v. Penna. R. R. Co. OS. Pend. 4 Abs. 740.

Can corporation terminate written contract of employment upon ground that to retain such employee would wreck the corporation financially? Dayton Rubber Co. v. Brown. OS. Pend. 4 Abs. 738.

See 313. Corporations.

### 313. CORPORATIONS.

Where goods of company are manufactured in another state and are sold by travelling agents and delivered in this state, provisions of 178 and 179 GC. have no application to such company, as being in violation of the interstate commerce clause of the constitution of the United States. McClarran v. Longdin-Brugger Co. OA. 4 Abs. 731.

### 355. DAMAGES.

Is the measure of, different when driver of auto runs into private drive and injures pedestrian when said driver is attempting to avoid another accident? Knight v. Hall. OS. Pend. 4 Abs. 739.

See 915. Personal Injuries.

### 413. DIVORCE & ALIMONY.

1. Where husband inherits $600,000, a judgment allowing one third thereof as alimony and fund for support of minor child is not against the weight of the evidence.

2. Not province of reviewing court to fix the amount to be awarded as alimony, but to determine whether the amount adjudged in the trial court is manifestly against the weight of the evidence. Owens v. Owens. OA. 4 Abs. 735.

### 448. ELECTIONS.

1. A court is warranted in ordering a recount of ballots only when there is a prima facie case of fraud, mistake or error.

2. Even though several votes were illegal, but were less in number than the plurality of the successful candidate, not sufficient to warrant a recount. Baylor v. Witner. OA. 4 Abs. 733.

### 445. EASEMENTS.

When common owner of two lots sells same, one with a servient estate with full covenants of warranty, and afterwards the other, can there be an easement by implication of right of way although there is no strict necessity? Katkevich v. Goodman. OS. Pend. 4 Abs. 740.

See 997. Real Estate.

### 480. EVIDENCE.

Is assignor in an action by an assignee against the administrator on a note, incompetent as a witness under 11494 GC. and the assignee under 11495 GC.? Kerr v. Hayes. OS. Pend. 4 Abs. 739.

See 1273. Witnesses.

### 561. FRAUD. See 27. Actions.

### 606. HIGHWAYS.

Where a city has maintained an asphalt plant, used exclusively in repair of its city highways for a long period of time and then purchases a sand dryer for said plant out of funds received from Gasoline Tax, said purchase is lawful under 5537 GC. State ex Crabbe v. Columbus (City) et. 4 Abs. 732.

See 1157. Taxation.